## Long v. Pancoast.

APPEAL from Lauderdale Circuit Court.

Tried before the Hon. JOHN B. TALLY.

EMMET O'NEAL and JOSEPH H. NATHAN for appellant.

HODGES & REYNOLDS, contra.

This was an action on a promissory note brought by the appellant against the appellee. There was judgment for the defendant, and plaintiff appeals. Affirmed.

Opinion by MCCLELLAN, J.